# Third District Court of Appeal
## State of Florida

Opinion filed March 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1010
Lower Tribunal No. 19-27480
_____

**Jeffrey Grossfeld,**
Appellant,

vs.

**Security National Mortgage Company, et al.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Spoliansky Law P.A., and Michael S. Spoliansky (Fort Lauderdale), for appellant.

McCalla Raymer Liebert Pierce, LLC, and Charles P. Gufford (Orlando), for appellee Security National Mortgage Company.


Before LOGUE, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.